IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  4:21-cv-00202 |
| | ) |
| MATT MURRAY TRUCKING, | ) |
| | ) |
| JAMES KRAMER, | ) |
| | ) |
| EVALIA NAVARRO, | ) |
| | ) |
| BETTY COUNTS, | ) |
| | ) |
| C.C.1, by and through his natural Mother and general guardian, BETTY COUNTS, | ) |
| | ) |
| C.C.2, by and through her natural Mother and general guardian BETTY COUNTS, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY PROCEEDINGS

Defendant, Betty Counts, individually and on behalf of C.C.1 and C.C.2, minors, motions this court pursuant to FRCP12(b)(6) to dismiss the petition for the failure to state a cause of action or, in the alternative, to stay these proceedings pursuant to 28 USC 2201(a) until resolution of the pending parallel state court action; namely, Counts v. MM Trucking, et al., Crawford County No. 21CF-CC00014.  In support hereof[1], the defendants state:

---

[1] This defendant will also file a memorandum of law in support of this motion.

1. On April 17, 2020 a vehicular wreck occurred in Crawford County, Missouri. Counts alleges the wreck occurred due to the negligence of MM Trucking and its driver, James Kramer, when a tractor and trailer collided with the vehicle operated by Sergio Navaro and then caused the Counts vehicle to leave the roadway. A copy of the "Counts Complaint" is attached hereto as **exhibit A**.

2. Counts filed suit against MM Trucking & Menards on March 4, 2021 in Crawford County, Missouri. Counts alleges that there was an agency relationship between MM Trucking and Menards at the time of the wreck.

3. According to plaintiff's complaint, MM Trucking, through the attorney retained by its primary insurer, made a demand for excess indemnity for the various claims against its insured(s) for the wreck at issue. (Doc. 2, par. 3 and 4).

4. Plaintiff, Greenwich Insurance, insured Menards at the time of the subject occurrence. There is a dispute as to whether that coverage extends to MM and its driver. Petitioner filed this declaratory action seeking a finding that it owes no duty to indemnify MM Trucking and/or its driver, James Kramer.

5. Plaintiff has not alleged that MM Trucking claims it must be defended in the state court proceedings.

6. For the above reasons, the plaintiff's petition fails to state a cause of action because there is no actual dispute which is ripe for adjudication. Without a demand for defense, and in the absence of an unsatisfied judgment, there is no current dispute to be resolved by this court.

7.      That the plaintiff fails to state a cause of action under FRCP 12(b)(6) because it fails to allege facts creating an actual controversy, as required by 28 USC 2201.

8.      In the alternative to dismissing this action, and in an exercise of this court's discretionary authority, this defendant requests this matter be stayed pending resolution of the state court proceedings.

Wherefore, defendant, Betty Counts, individually and mother of C.C.1 and C.C.2 pray this court dismiss the current matter in accordance with FRCP 12(b)(6) or stay this action until complete resolution of Counts v. MM Trucking, LLC and Menards, 21CF-CC00014; and such other relief as is appropriate.

By:     /s/Lanny Darr
Lanny Darr     (#42038)
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
Alton, IL  62002
Phone:  (618) 208-6828
Fax:  (618) 433-8519
darr@darrfirm.com

Service by facsimile transmission or via email will be accepted at the stated facsimile and/or email stated above.

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, I served a copy of the foregoing motion to dismiss or in the alternative to stay proceedings upon:

| | |
|---|---|
| DENTONS US LLP<br>Roger K. Heidenreich<br>One Metropolitan Square<br>211 N. Broadway, Suite 3000<br>St. Louis, Missouri 63102<br>Roger.Heidenreich@dentons.com<br><br>Samantha J. Wenger<br>*Admission Pending*<br>4520 Main Street, Suite 1100<br>Kansas City, Missouri 64111<br>Samantha.Wenger@dentons.com<br>*Attorneys for Plaintiffs* | Daniel Wilke<br>James Wilke<br>Wilke and Wilke<br>2708 Olive Street<br>St. Louis, MO 63103-1426<br>dwilke@wilkewilke.net<br>jwilke@wilkewilke.net<br>Attorneys for Defendants<br>James Kramer and Matt Murry Trucking<br><br>Matthew O'Grady<br>Onder Law LLC<br>110 East Lockwood<br>1st Floor<br>St. Louis, MO 63119<br>Ogrady@onderlaw.com<br>Attorney for Defendant Evalia Navarro |

                                         _/s/ Lanny Darr_____